IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ASHLEY MILLER, individually    *
and on behalf of others        *
similarly situated,            *
                               *
     Plaintiff,                *     CV 121-095
                               *
     v.                        *
                               *
TOTAL LIFE CHANGES, LLC,       *
                               *
     Defendant.
```

**ORDER**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 24.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the case be **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of November, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA